HAMELINE Co., INC., Respondent, *v.* ANDREW WESTON CON-
STRUCTION CORPORATION, Appellant.

Submitted October 6, 1941; decided October 16, 1941.

*J. Walter Augar* and *Bartle Gorman* for motion.
*Livingston S. Latham,* opposed.

Motion denied, with ten dollars costs and necessary
printing disbursements. The order of the Appellate Division
is not in the record. If it is final, the plaintiff may appeal
as of right. If it is not final, leave to appeal may not be
granted.

In the Matter of GEORGE H. ITTLEMAN et al., as Executors
of LENA ITTLEMAN, Deceased, et al., Appellants and
Respondents.

CITY OF NEW YORK, Respondent and Appellant.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument denied, with ten dollars costs and
necessary printing disbursements. (See 286 N. Y. 150.)